```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X Civil Action No.:
TRANSATLANTIC AUTO GROUP, INC.,           CV-08-5070 (DLI)(CLP)
BOBR EXPORT, INC., DARG TRADING, LLC,
NORTH AMERICAN SERVICE ENTERPRISE, INC.
and SIARHEY TOMIN,

                    Plaintiffs,

     -against-

UNITRANS-PRA CO., INC., FT & T
CONSULTING, INC., VLADIMIR LYSOGORSKY,
IGOR CHERKASSKY, SIMON KAGANOV,
VIKTORIYA FARBER, DIAMOND SHIPPING
GROUP, INC., MEDITERRANEAN SHIPPING
COMPANY (USA) INC., MAERSK LINE
LIMITED, OOCL (USA), INC., and ZIM
AMERICAN INTEGRATED SHIPPING SERVICES
COMPANY INC.,

                    Defendants.
----------------------------------------X
```

AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
COUNTY OF KINGS  ) ss.:

JONATHAN KAPLAN, being duly sworn, deposes and says:

That he resides in Brooklyn, New York; is not a party to this action; and is over eighteen years of age. That on December 17, 2008, deponent served the Order to Show Cause dated December 16, 2008, and the papers upon which it is based, and the Summons and Complaint herein on all parties listed on the matrix annexed hereto by depositing a true copy of the same, enclosed in pre-paid, properly addressed wrappers in an official depository under the exclusive care and custody of the United Parcel Service (UPS) within the State of New York, for overnight delivery.

Sworn to before me this
17th day of December, 2008

_____
JONATHAN KAPLAN

MICHAEL T. SUCHER
Notary Public, State of NY
# 24-01SU4711475
Qualified in Kings County
Comm. Exp. May 31, 2010

UNITRANS-PRA CO., INC.
2670 STILLWELL AVENUE
BROOKLYN, NY 11224

FT & T CONSULTING, INC.
2670 STILLWELL AVENUE
BROOKLYN, NY 11224

VLADIMIR LYSOGORSKY
2670 STILLWELL AVENUE
BROOKLYN, NY 11224

IGOR CHERKASSKY
2670 STILLWELL AVENUE
BROOKLYN, NY 11224

SIMON KAGANOV
2670 STILLWELL AVENUE
BROOKLYN, NY 11224

VIKTORIYA FARBER
2670 STILLWELL AVENUE
BROOKLYN, NY 11224

DIAMOND SHIPPING GROUP, INC.
162 AVENUE U
BROOKLYN, NY 11223

MEDITERRANEAN SHIPPING COMPANY (USA) INC.
420 5TH AVENUE, 8TH FLOOR
NEW YORK, NY 10018

MAERSK LINE LIMITED
ONE COMMERCIAL PLACE, 20TH FLOOR
NORFOLK, VA 23510

OOCL (USA), INC.
2633 CAMINO RAMON, SUITE 400
SAN RAMON, CA 94583

ZIM AMERICAN INTEGRATED SHIPPING SERVICES COMPANY, INC.
5801 LAKE WRIGHT DRIVE
NORFOLK, VA 23510