

February 14, 2025

**VIA ECF**
Chief Magistrate Judge Cheryl L. Pollak
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Transatlantic Auto Group, Inc. et al v. Unitrans-Pra Co., Inc. et al*
            Case No. 1:08-cv-05070-WFK-CLP
            **Status Report**

Dear Honorable Magistrate Judge Pollak:

    This firm represents Third-Party Defendant Bronislav Futerman ("Futerman" or "Debtor") in the above-referenced matter. Pursuant to Your Honor's Order dated February 7, 2025, we submit this joint status report on behalf of Futerman, with the consent of Third-Party Plaintiff, Unitrans-Pra Co., Inc.'s counsel ("Unitrans"), to confirm whether a bankruptcy stay is currently in effect following the reopening of Futerman's bankruptcy case.

    On October 10, 2024, the bankruptcy court granted Futerman's motion to reopen his Chapter 7 Case (Case No. 11-41121-ess). On January 29, 2025, Futerman filed an Amended Schedule F and Affidavit pursuant to E.D.N.Y. LBR 1009-1(a).

    Under 11 U.S. Code § 362, the automatic stay does not automatically reinstate upon the reopening of a bankruptcy case. The automatic stay is effective only upon the initial filing of a bankruptcy petition and terminates when the case is closed, dismissed, or a discharge is granted or denied. *In re Ruffalo,* 652 B.R. 583 (2023). In that case, the court explicitly held that reopening a closed Chapter 7 case does not reinstate the automatic stay. Here, Futerman originally filed a Chapter 7 Petition on February 16, 2011 and the bankruptcy case was closed on January 23, 2013. Consistent with *In re Ruffalo*, no bankruptcy stay is currently in effect given the reopening of Futerman's bankruptcy case.

                                                                     Respectfully submitted,

                                                                     */s/ Nicholas Trotta*
                                                                     Nicholas Trotta, Esq.
                                                                     SINAYSKAYA YUNIVER, P.C.

SINAYSKAYA YUNIVER, P.C.                                                                                    ntrotta@sypcl.com

710 AVENUE U · BROOKLYN, NEW YORK 11223                    TELEPHONE: 1(718)402-2240
49 WEST 37th. STREET · NEW YORK, NEW YORK 10018            FACSIMILE 1(718)305-4571